

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
FEB 5 2014
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Erskin Deshon Adkinson
**PLAINTIFF**

VS.

**14MC-007 JED-FHM**
Case number:
(To be supplied by court clerk)

City of Tulsa,
Jeff Henderson,
Sean Larkin.
**DEFENDANT(S)**

_____

**CURRENT LOCATION (ADDRESS)**
73331 S. UTICA AVE., APT. 1109
TULSA, OK 74136

# MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE CIVIL RIGHTS COMPLANT PURSUANT TO 42 U.S.C. §1983

**COMES NOW** ERSKIN DESHON ADKINSON, to ask the honorable court to give me a 90 day enlargement of time to file a civil rights complaint pursuant to 42 U.S.C.§ 1983 on the following defendant(s) City of Tulsa, Jeff Henderson, and Sean Larkin.



In support of such requests, plaintiff states as follows:
1. I'm filing my civil lawsuit pro se.
2. My two-year expansion to file civil suit was on February 1, 2014. I would like the court to recognize that on February 1, 2014 that day was on a weekend. Which was Saturday.

WHEREFORE, for the reason cited above I asked the court to Consider, plaintiff respectfully request that the court grants this motion of enlargement of time to file a civil complaint.

Respectfully submitted
ERSKIN DESHON ADKINSON
Email: erskin.adkinson@yahoo.com
73331 South Utica Ave., Apt. 1109,
Tulsa, OK 74136

I hereby certify that on Feb 5, 2014 I sent a copy of the United States District Court Northern District of Oklahoma.

I certify that everything is true on the above motion.

Erskin Adkinson