UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ERSKIN DESHON ADKINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-MC-0007-JED-FHM |
| CITY OF TULSA, JEFF HENDERSON and SEAN LARKIN, | ) |
| Defendants. | ) |

## ORDER

On February 5, 2014, plaintiff filed a document which is styled a "Motion for Enlargement of Time in Which to File Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" (Doc. 1). In that Motion, Mr. Adkinson requests that the Court grant him a "90 day enlargement of time" to file a civil rights complaint against the City of Tulsa, Jeff Henderson, and Sean Larkin. Mr. Adkinson suggests that the statute of limitations on such a claim expired on February 1, 2014. Hence, he requests that the Court extend the statute of limitations.

The Court lacks the authority to grant the requested relief. A party must initiate a civil action by the filing of a complaint within the statute of limitations period, or must establish after such filing that the statute of limitations was tolled on statutory or equitable bases. Whether a limitations period has expired or may be tolled cannot be determined from a Motion like that filed by Mr. Adkinson.

IT IS THEREFORE ordered that the Motion (Doc. 1) is **denied**. This action is terminated.

SO ORDERED this 11th day of February, 2014.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE